**DISMISS; Opinion issued March 27, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00545-CV**

**HERCULES INCORPORATED, Appellant**
**V.**
**MARTHA ANN GENSLER, INDIVIDUALLY AND**
**AS PERSONAL REPRESENTATIVE OF THE ESTATE OF**
**JOHN EDWARD GENSLER, DECEASED, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-08454-D**

**MEMORANDUM OPINION**
Before Justices Bridges, FitzGerald, and Myers

The Court has before it appellant's March 13, 2013 agreed motion to dismiss appeal. We

**GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM

120545F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HERCULES INCORPORATED, Appellant

No. 05-12-00545-CV          V.

MARTHA ANN GENSLER,
INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JOHN EDWARD GENSLER, DECEASED,
Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 10-08454-D.
Opinion delivered per curiam. Justices
Bridges, FitzGerald and Myers sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered March 27, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–2–